IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. SMITH, JR.,

    Plaintiff,

v.

WILLIAM POLLARD, et al.

    Defendants.

ORDER

17-cv-301-slc

On June 2, 2017, I denied plaintiff James A. Smith Jr.'s motion for leave to proceed *in forma pauperis* because he has previously incurred "three strikes" under 28 U.S.C. § 1915(g), and his current complaint did not allege that he was in imminent danger of serious physical injury at the time he filed this lawsuit. On June 29, 2017, I denied Smith's motion for reconsideration of that order and informed Smith that he may not proceed with this action without prepayment of the full $400 filing fee under § 1915(g). I also informed Smith that if he failed to pay the $400 by July 13, 2017, his complaint would be dismissed. (Dkt. 9.) Smith chose not to submit the $400 fee, instead filing a second motion for reconsideration, which I also denied. (Dkt. 11.) After that, Smith filed another motion, once again criticizing my decisions in this case, which I denied as baseless. (Dkt. 13.) Since then, Smith has not submitted any other filings in this case, nor has he paid the required filing fee. Accordingly, I am dismissing this case..

ORDER

IT IS ORDERED that plaintiff James Smith case is dismissed. The clerk of court is DIRECTED to close this case and enter judgment in defendants' favor.

Entered this 20th day of November, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge