## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. SMITH, JR.,

        Plaintiff,

v.

NIEL THORESON NICOLE MEDADE,
SHARON PURIFOY, DIVISION OF
COMMUNITY CORRECTIONS,
EDWARD WALL and WARDEN
MALONE,

        Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-301-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/21/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |